RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JEREMY N. HENDON, OSB #982490
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202-353-2466
Fax:  202-307-0054
Jeremy.Hendon@usdoj.gov

*Of Counsel*
BILLY J. WILLIAMS, OSB #901366
United States Attorney

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV-18-797 |
| Plaintiff, | |
| v. | COMPLAINT TO FORECLOSE FEDERAL TAX LIENS ON REAL PROPERTY |
| JOY M. MOORE aka JOY M. LEWIS, MULTNOMAH COUNTY, PORTLAND GENERAL ELECTRIC COMPANY, CASA DEL CEDRO CONDOMINIUM HOMEOWNERS ASSOCIATION, STATE OF OREGON DEPARTMENT OF HUMAN SERVICES, and KATHRYN LYNN LEWIS, | |
| Defendants. | |

1

UNITED STATES' COMPLAINT

The United States of America (the "United States") for its complaint alleges as follows:

## CAUSE OF ACTION

1.  This is a civil action brought by the United States to foreclose its federal tax liens against the real property described in paragraph 5, below.

## JURISDICTION AND VENUE

2.  This civil action is brought pursuant to 26 U.S.C. §§ 7401, 7402, and 7403 at the direction of the Attorney General of the United States, and with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

3.  The Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 7402 and 7403, and 28 U.S.C. §§ 1340 and 1345.

4.  Venue properly lies in this judicial district because it is the judicial district in which the real property at issue is this action is located.

## THE SUBJECT PROPERTY

5.  The real property that is the subject of this action, commonly referred to as 110 N.E. Kane Drive, Gresham, Oregon 97030 (hereinafter "subject property"), is located in Multnomah County, State of Oregon, and is more particularly described as follows:

> Unit 110, CASA DEL CEDRO CONDOMINIUM, in the City of Gresham, County of Multnomah and State of Oregon, according to the plat filed March 6, 1978 in Book 1208, page 90 Plat Records, together with an 8.3333% ownership in the common elements as set forth in the Declaration of Unit Ownership recorded March 6, 1978 in Book 1246, page 574, Deed Records.

UNITED STATES' COMPLAINT

**DEFENDANTS**

6.      Defendant Joy M. Moore aka Joy M. Lewis owes the underlying federal taxes upon which the federal tax liens at issue in this action are based.  Ms. Moore resides in Oregon which is within the jurisdiction of this Court.

7.      Defendant Multnomah County is made a party to this action pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the subject property.

8.      Defendant Portland General Electric Company ("PGE") is made a party to this action pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the subject property.

9.      Defendant Casa Del Cedro Condominium Homeowners Association ("Casa Del Cedro") is made a party to this action pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the subject property.

10.     Defendant State of Oregon Department of Human Resources is made a party to this action pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the subject property.

11.     Defendant Kathryn Lynn Lewis resides in Oregon is made a party to this action pursuant to 26 U.S.C. § 7403(b) because she may claim an interest in the subject property.

**CLAIM FOR RELIEF**
**FORECLOSE FEDERAL TAX LIENS**
**AGAINST THE SUBJECT PROPERTY**

12.     The United States realleges the allegations made in paragraphs one (1) through eleven (11) above, as fully set forth herein.

UNITED STATES' COMPLAINT

13.    On September 17, 1978, the subject property was purchased and title was placed in the names of Joy M. Lewis and Timothy E. Lewis.  However, only Joy M. Lewis provided the funds used to purchase the subject property.  Timothy E. Lewis provided no consideration for being named as the co-owner of the subject property.

14.    Title to the subject property was obtained via a Warranty Deed from Bill Warrington.  Joy M. Lewis and Timothy E. Lewis held the subject property not as tenants in common but with right of survivorship.  Said deed was recorded in the Multnomah County Recorder's Office on or about October 4, 1978.

15.    On December 12, 1980, Joy M. Lewis provided a mortgage to PGE to secure a payment in the amount of $1,841.50.  On or about May 5, 1981, this conveyance was recorded in the Multnomah County Recorder's Office.

16.    On June 18, 1997, the IRS filed a Notice of Federal Tax Lien in the Multnomah County Recorder's Office naming Carleton & Joy Moore as the taxpayers for individual federal income tax liabilities (Form 1040) for the tax periods ending December 31, 1991, December 31, 1992, December 31, 1993, December 31, 1994, and December 31, 1995.  On June 19, 2006, the IRS timely refiled this Notice of Federal Tax Lien regarding the same liabilities with the Multnomah County Recorder's Office.  On July 25, 2016, the IRS timely refiled this Notice of Federal Tax Lien regarding the same liabilities, except the period ending December 31, 1991, with the Multnomah County Recorder's Office.

17.    On April 3, 1998, the IRS filed a Notice of Federal Tax Lien in the Multnomah County Recorder's Office naming Timothy E. Lewis as the nominee of taxpayers

4

UNITED STATES' COMPLAINT

Carleton & Joy M. Moore aka Joy M. Lewis for individual federal income tax

liabilities (Form 1040) for the tax periods ending December 31, 1991, December

31, 1992, December 31, 1993, December 31, 1994, and December 31, 1995..

This Notice is specifically limited to the IRS's lien interest in the subject property

and for no other property.  On June 19, 2006, the IRS timely refiled this Notice of

Federal Tax Lien regarding the same liabilities and nominee theory, except the

period ending December 31, 1991, with the Multnomah County Recorder's

Office.  On July 25, 2016, the IRS timely refiled the same Notice of Federal Tax

Lien that it had filed on June 19, 2006, with the Multnomah County Recorder's

Office.

18.    On July 25, 2005, Timothy E. Lewis filed a Disclaimer of Interest with the

Multnomah County Recorder's Office stating that he "disclaim[ed] any right, title,

claim, or interest in the [subject property]."

19.    On the dates and in the amounts set forth below, a delegate of the Secretary of

Treasury made assessments for unpaid joint federal income taxes (IRS Form

1040) against Joy M. Moore and Carleton Moore for the tax period ending

December 31, 1992, as follows:

| TYPE OF TAX | ASSESSMENT DATE | AMOUNT ASSESSED | UNPAID BALANCE OF ASSESSMENTS[1] |
|---|---|---|---|
| Form 1040 | 05/07/97 | $196,014.00  t | |
| | 05/07/97 | $   8,537.50  etp | |

[1] Including accrued but unassessed interest through May 1, 2018.

UNITED STATES' COMPLAINT

|          |                |       |
|----------|----------------|-------|
| 05/07/97 | $147,010.50    | lfp   |
| 05/07/97 | $ 137,308.82   | i     |
| 05/26/03 | $      40.00   | fcc   |

$1,522,750.89

t   =  tax
etp =  estimated tax penalty (26 U.S.C. § 6654)
lfp =  failure to pay penalty (26 U.S.C. § 6651)
i   =  interest (26 U.S.C. § 6601)
fcc =  fees and collection costs

20.    On the dates and in the amounts set forth below, a delegate of the Secretary of Treasury made assessments for unpaid joint federal income taxes (IRS Form 1040) against Joy M. Moore and Carleton Moore for the tax period ending December 31, 1993, as follows:

| TYPE OF TAX | ASSESSMENT DATE | AMOUNT ASSESSED |  | UNPAID BALANCE OF ASSESSMENTS[2] |
|-------------|-----------------|-----------------|-----|------------------------|
| Form 1040   | 05/07/97        | $ 40,267.00     | t   |                        |
|             | 05/07/97        | $  1,687.15     | etp |                        |
|             | 05/07/97        | $ 30,200.25     | lfp |                        |
|             | 05/07/97        | $ 21,723.71     | i   |                        |
|             |                 |                 |     | $ 311,042.29           |

t   =  tax
etp =  estimated tax penalty (26 U.S.C. § 6654)
lfp =  failure to pay penalty (26 U.S.C. § 6651)
i   =  interest (26 U.S.C. § 6601)

21.    On the dates and in the amounts set forth below, a delegate of the Secretary of Treasury made assessments for unpaid joint federal income taxes (IRS Form

---

[2] Including accrued but unassessed interest through May 1, 2018.

6

UNITED STATES' COMPLAINT

1040) against Joy M. Moore and Carleton Moore for the tax period ending

December 31, 1994, as follows:

| TYPE OF TAX | ASSESSMENT DATE | AMOUNT ASSESSED | | UNPAID BALANCE OF ASSESSMENTS[3] |
|---|---|---|---|---|
| Form 1040 | 05/09/97 | $ 53,843.00 | t | |
| | 05/09/97 | $ 2,794.05 | etp | |
| | 05/09/97 | $ 40,382.25 | lfp | |
| | 05/09/97 | $ 19,203.96 | i | |
| | | | | $ 379,156.62 |

t   = tax
etp = estimated tax penalty (26 U.S.C. § 6654)
lfp =  failure to pay penalty (26 U.S.C. § 6651)
i   = interest (26 U.S.C. § 6601)

22.    On the dates and in the amounts set forth below, a delegate of the Secretary of

Treasury made assessments for unpaid joint federal income taxes (IRS Form

1040) against Joy M. Moore and Carleton Moore for the tax period ending

December 31, 1995, as follows:

| TYPE OF TAX | ASSESSMENT DATE | AMOUNT ASSESSED | | UNPAID BALANCE OF ASSESSMENTS[4] |
|---|---|---|---|---|
| Form 1040 | 05/09/97 | $ 22,908.00 | t | |
| | 05/09/97 | $ 1,242.14 | etp | |
| | 05/09/97 | $ 17,181.00 | lfp | |
| | 05/09/97 | $ 3,935.97 | i | |
| | | | | $ 123,292.80 |

t   = tax
etp = estimated tax penalty (26 U.S.C. § 6654)

---

[3] Including accrued but unassessed interest through May 1, 2018.

[4] Including accrued but unassessed interest through May 1, 2018.

UNITED STATES' COMPLAINT

lfp =   failure to pay penalty (26 U.S.C. § 6651)
i     =   interest (26 U.S.C. § 6601)

23.    Timely notice of, and demand for payment of, the assessments set forth in

paragraphs nineteen (19) through twenty-two (22), above, has been made upon

Joy M. Moore and Carleton Moore as required by Section 6303 of the Internal

Revenue Code.

24.    Despite notice and demand for payment of the assessments set forth in paragraphs

nineteen (19) through twenty-two (22), above, Joy M. Moore and Carleton Moore

have neglected, refused, or failed to pay the assessments and there remains due

and owing to the United States on those assessments the total sum of

$2,336,242.60, plus statutory interest and other additions running from May 1,

2018, as provided by law.

25.    On June 24, 2004, the United States commenced an action in this Court to reduce

the federal income tax assessments the IRS made against Joy M. Moore aka Joy

M. Lewis and Carleton Moore to judgment for the tax periods ending December

31, 1991, December 31, 1992, December 31, 1993, December 31, 1994, and

December 31, 1995, and described in paragraphs 19-22, above.  The case was

assigned Civil No. 04-cv-861- ST.  In that action, on March 29, 2005, this Court

entered a judgment in favor of the United States and against the Estate of Carlton

M. Moore and Joy M. Moore aka Joy M. Lewis, jointly and severally, in the

amount of $1,693,224 plus interest accruing from February 17, 2005 until paid in

full.

26.    At or around the time this Court entered the judgment described in paragraph

twenty-five (25), above, the United States, Joy M. Moore aka Joy M. Lewis, and

8

Timothy E. Lewis stipulated and agreed that the United States would not foreclose its federal tax liens that attached to the subject property, nor attempt to collect upon the judgement lien that also attached to the subject property resulting from that action, until the earlier of the death of Joy M. Moore aka Joy M. Lewis or the time that she ceases to use the subject property as her personal residence.

27.     Joy M. Moore aka Joy M. Lewis no longer uses the subject property as her personal residence.

28.     The federal tax liens described in paragraphs sixteen (16) and seventeen (17), above, continue to attach to the subject property.

29.     Due to Timothy E. Lewis's filing of a disclaimer of interest in the subject property as described in paragraph eighteen (18), above, Joy M. Moore aka Joy M. Lewis holds title to the subject property by herself.

30.     The current outstanding balance due on the federal income tax liabilities of Joy M. Moore aka Joy M. Lewis and the Estate of Carleton Moore for the periods ending December 31, 1992, December 31, 1993, December 31, 1994, and December 31, 1995, which were reduced to a judgment as described in paragraph twenty-five (25), above, as of May 1, 2018, totaled $2,336,242.60.

31.     Under 26 U.S.C. § 7403(c), the United States is entitled to a decree of sale of the subject property to enforce its federal tax liens.

## **PRAYER FOR JUDGMENT**

WHEREFORE, the United States prays as follows:

A.     That this Court order that the federal tax liens of the United States be foreclosed upon the subject property; that the subject property be ordered sold by a court-

UNITED STATES' COMPLAINT

appointed IRS PALS Representative at a judicial sale; that the proceeds thereof

be first applied to the costs of such sale and that the balance of such proceeds of

sale be distributed to the United States and the defendants in their relative

priorities; and

B.      That the United States be awarded its costs and such other relief as is just and

proper.

DATED this 8th day of May, 2018.

Respectfully Submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Jeremy N. Hendon
JEREMY N. HENDON, OSB #982490
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202-353-2466
Fax:  202-307-0054
Jeremy.Hendon@usdoj.gov

*Of Counsel*
BILLY J. WILLIAMS
United States Attorney

Attorneys for the United States of America

UNITED STATES' COMPLAINT

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| **(b)**   County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)**   Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

| II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)* | | III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* |
|---|---|---|

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1   U.S. Government           ☐ 3   Federal Question
        Plaintiff                              *(U.S. Government Not a Party)*

☐ 2   U.S. Government           ☐ 4   Diversity
        Defendant                            *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT** *(Place an "X" in One Box Only)*                    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>  & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>  Student Loans<br>  (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>  of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>  Liability<br>☐ 320 Assault, Libel &<br>  Slander<br>☐ 330 Federal Employers'<br>  Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>  Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>  Product Liability<br>☐ 360 Other Personal<br>  Injury<br>☐ 362 Personal Injury -<br>  Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>  Product Liability<br>☐ 367 Health Care/<br>  Pharmaceutical<br>  Personal Injury<br>  Product Liability<br>☐ 368 Asbestos Personal<br>  Injury Product<br>  Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>  Property Damage<br>☐ 385 Property Damage<br>  Product Liability | ☐ 625 Drug Related Seizure<br>  of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>  28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>  New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>  3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>  Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>  Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>  Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** ☐ 710 Fair Labor Standards<br>  Act<br>☐ 720 Labor/Management<br>  Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>  Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>  Income Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>  or Defendant)<br>☐ 871 IRS—Third Party<br>  26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>  Act/Review or Appeal of<br>  Agency Decision<br>☐ 950 Constitutionality of<br>  State Statutes |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>  Accommodations<br>☐ 445 Amer. w/Disabilities -<br>  Employment<br>☐ 446 Amer. w/Disabilities -<br>  Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>  Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>  Conditions of<br>  Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>  Actions | | |

**V.  ORIGIN** *(Place an "X" in One Box Only)*

☐ 1   Original
        Proceeding
☐ 2   Removed from
        State Court
☐ 3   Remanded from
        Appellate Court
☐ 4   Reinstated or
        Reopened
☐ 5   Transferred from
        Another District
        *(specify)*
☐ 6   Multidistrict
        Litigation -
        Transfer
☐ 8   Multidistrict
        Litigation -
        Direct File

**VI.  CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

**VII.  REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A **CLASS ACTION**
        UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐No

**VIII.  RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| <br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | Civil Action No. |
| v. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | Civil Action No. |
| v. | ) | |
| _____ | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                          *Server's signature*

                                                         _____
                                                          *Printed name and title*

                                                         _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
_____ ) |
*Plaintiff(s)* ) |
v. ) Civil Action No. |
) |
) |
) |
_____ ) |
*Defendant(s)* ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: